In the united States District court
for the tenth District of colorado.

Wade Quiah
        Petitioner
            V
usp Florence.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2022

JEFFREY P. COLWELL
                CLERK

Petitioner request that this honorable
court order a reprative injunction
in regards to the conditions and
operation at usp florence

    Comes now petitioner wade quiah
proceeding pro se in this insteint
Matter seeking relief via reprative
injunction for the reasons stated
below

    E/B unit team are hindering My right
to Administrative remedies by denial
because i have two in progress. This
is an arbitrary whim and violation of
My right

    usp Florence has been locked down

Since september 3, according to the warden will continue to be locked down untill he finish changing the lockers Which he approximates Will be Mid June. However due to the filing of administrative remedies he distributed a Memo informing the inmate population that come 3/16/22 We'll be allowed a hour rec. Five cells at a time, since then an isolated incident has happened 3 now its back to June

The hot water at U.S.P Florence has been off since september. Initially the facilities administrator claimed it was because as water pass thru the pipes it cools down. Now he claims the warden ordered him to cut the hot water off

Staff that are Members of the union appear to be waging a Mixed war. They are using the unions abilities to hijack 3 Manipulate prison operations. i.e After a verbal complaint to a L.T about a staff disregarding a captain's order he stated "She's Just going to get the

union involved" Staff are also refusing to take legal Mail even tho some councelors are off on week days

Staff are possibly engaging in racketering activity. on 2/14/22 a Mass confiscation of personal property was conducted. The alternative was Mail it home at your own expence. The property I chose to Mail home still hasnt been Mailed home, and some of the property i was allowed to keep was stolen i.e sneakers watch Mp3 player. Staff are also compeling inmates (Me in particular) to use certified Mail slips by holding 3 sometime confiscating Mail. And still they continue right now they refuse to Mail My letter to the D.O.J 3 refuse to Give Me the reading books Mailed to Me

Staff are retaliating on inmates for filing against them. I personally heard a staff tell another inmate about another inmate filing on her 3 he better bring his A GAME. This the same staff the L.T

was speaking about

staff confiscated all of my legal material despite the fact that im a pro-se litigant and dispite the fact that we've been locked down six months and dispite the fact that they refuse to allow me to review it in their office (although this will be insignificant) and dispite the fact that there actions are a violation of my 6th Amendment right.

The unit manager is suppose to recieve new flatbooks of stamps every month to distribute to inmates who have outgoing mail (legal) for some reason she doesn't and this is causing confusion during commissary and they seem to have disappeared in her custody (i.e new stamps are redeemable at the post office.)

Respectfully submitted

Wade Quiett
Wade Quiett

Tracking number

7021-0950-000-2054-7514